## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| REVERSE MORTGAGE SOLUTIONS, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 18-1265 |
| | : | |
| ALVIANETTE GIBSON KENNEDY, | : | |
| Known Heir of Lillian R. Gibson, | : | |
| | : | |
| JOCELYN GIBSON, | : | |
| Known Heir of Lillian R. Gibson, | : | |
| | : | |
| CHARLES GIBSON, | : | |
| Known Heir of Lillian R. Gibson, | : | |
| | : | |
| KEVIN GIBSON, | : | |
| Known Heir of Lillian R. Gibson, | : | |
| | : | |
| DAVID GIBSON, | : | |
| Known Heir of Lillian R. Gibson, and | : | |
| | : | |
| UNKNOWN HEIRS, SUCCESSORS, | : | |
| ASSIGNS AND ALL PERSONS, FIRMS OR | : | |
| ASSOCIATIONS CLAIMING RIGHT, | : | |
| TITLE OR INTEREST FROM OR UNDER | : | |
| LILLIAN R. GIBSON, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

**AND NOW**, this    4th    day of May, 2018, upon consideration of the United States of America's (the "Government") Motion to Quash and Remand, Plaintiff Reverse Mortgage Solutions' ("Reverse Mortgage Solutions") Motion to Remand and Objection to Removal, and the Government's Memorandum in Opposition to Plaintiff's Objection to Removal and Response to Plaintiff's Motion to Remand, it is hereby **ORDERED** that the Government's Motion to Quash and Remand (Doc. No. 2) is **GRANTED** and Reverse Mortgage Solutions' Motion to Remand and

Objection to Removal (Doc. No. 5) is **GRANTED IN PART AND DENIED IN PART**.[1]  It is **FURTHER ORDERED** that:

1. the subpoena served on Michael G. Gonzales is **QUASHED**; and

2. this matter is **REMANDED** to the Pennsylvania Court of Common Pleas of Montgomery County.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] Reverse Mortgage Solutions' Motion is denied as to its objection to the Government's removal procedure.